**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 19-03963 |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... | $ 33,286.15 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................... | $ 33,286.15 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 40,824.39 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 6,979.48 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 51,249.01 |
| **Your total liabilities** | $ 99,052.88 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $ 4,429.22 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 3,620.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | | |
|---|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | | Case number *(if known)* | **19-03963** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 5,198.41

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 6,979.48 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 26,514.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 33,493.48 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03963** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Dart** | ☒ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **47,354** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **VIN: 1C3CDFBB8GD660894** | | ☐ Check if this is community property (see instructions) | $11,125.00 | $11,125.00 |

| 3.2 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Cruze** | ☐ Debtor 1 only | | |
| | Year: | **2015** | ☒ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **53,349** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **VIN: 1G1PG5SB0F7164802** | | ☐ Check if this is community property (see instructions) | $12,175.00 | $12,175.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | | |
| | | Case number *(if known)* | **19-03963** |

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.........................................................................=>

**$23,300.00**

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Kitchenware<br>Stove<br>Refrigerator<br>Washing Machine<br>Dryer<br>Living Room Furniture<br>Bedroom Furniture<br>Dining Room Furniture | $3,400.00 |
|---|---|

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Televisions (2) ($300.00)<br>Cell phones (2) ($200.00)<br>Computer ($1,800.00) | $2,300.00 |
|---|---|

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| Hard and Soft Cover Books ($20.00)<br>Household Prints ($20.00) | $40.00 |
|---|---|

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Clothing<br>Shoes | $1,000.00 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | |
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

| | |
|---|---:|
| **Clothing**<br>**Shoes**<br>**Handbags** | **$1,000.00** |

**12. Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| **Wedding Band ($50.00)**<br>**Fitbit ($50.00)** | **$100.00** |

| | |
|---|---:|
| **Wedding Set ($300.00)**<br>**Fitbit ($50.00)**<br>**Costume Jewelry ($25.00)** | **$375.00** |

**13. Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| **Dogs (3)** | **$150.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes. Give specific information.....

| | |
|---|---:|
| **CPAP Machine** | **$100.00** |

| | |
|---|---:|
| **Stethescope ($50.00)**<br>**Blood Pressure Monitor ($25.00)** | **$75.00** |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................. **$8,540.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...............................................................................................................

| | | |
|---|---|---:|
| | **Cash** | **$5.00** |

| | | |
|---|---|---:|
| | **Cash** | **$5.00** |

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank**<br>**Checking Account**<br>**#8455**<br>**(This account was opened on April 2, 2019.)** | **$60.61** |
| 17.2. | **Checking** | **Wells Fargo Bank**<br>**Checking Account**<br>**#7124** | **$168.54** |
| 17.3. | **Savings** | **Wells Fargo Bank**<br>**Savings Account**<br>**#5911** | **$5.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them....................    Name of entity:                                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Fidelity 401(k)** | **$1,200.00** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| No 2018 Federal Tax Refund received or anticipated.<br><br>(The debtors' 2018 Federal Tax refund was garnished to pay Federal Tax liabilities.) | Federal | $0.00 |
| The debtors received their 2018 Federal and State Tax refunds pre-petition in the amount of $657.00.<br><br>(The debtors used proceeds from these tax refunds to maintain household bills and monthly expenditures. They did not gift or transfer any funds to family members or friends.) | State | $0.00 |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance Policy (through employer)** | **Ada Marie Dailey** | $1.00 |

| Official Form 106A/B | Schedule A/B: Property | page 5 |
|---|---|---|

Debtor 1    **Raymond Edward Dailey**
Debtor 2    **Ada Marie Dailey**

Case number *(if known)*  **19-03963**

| Term Life Insurance Policy (through employer) | Raymond Edward Dailey | $1.00 |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

**$1,446.15**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

**$0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor 1 **Raymond Edward Dailey** | |
| Debtor 2 **Ada Marie Dailey** | Case number *(if known)*  **19-03963** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................... | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$23,300.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,540.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,446.15** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$33,286.15** | Copy personal property total  **$33,286.15** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$33,286.15** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03963** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2016 Dodge Dart 47,354 miles**<br>**VIN: 1C3CDFBB8GD660894**<br>Line from *Schedule A/B:* **3.1** | $11,125.00 | ■  $6,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **2015 Chevrolet Cruze 53,349 miles**<br>**VIN: 1G1PG5SB0F7164802**<br>Line from *Schedule A/B:* **3.2** | $12,175.00 | ■  $6,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **Kitchenware**<br>**Stove**<br>**Refrigerator**<br>**Washing Machine**<br>**Dryer**<br>**Living Room Furniture**<br>**Bedroom Furniture**<br>**Dining Room Furniture**<br>Line from *Schedule A/B:* **6.1** | $3,400.00 | ■  $3,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Televisions (2) ($300.00)**<br>**Cell phones (2) ($200.00)**<br>**Computer ($1,800.00)**<br>Line from *Schedule A/B:* **7.1** | $2,300.00 | ■  $2,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | | Case number (if known) **19-03963** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Hard and Soft Cover Books ($20.00)** **Household Prints ($20.00)** Line from *Schedule A/B*: **8.1** | $40.00 | ■ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Clothing** **Shoes** Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Clothing** **Shoes** **Handbags** Line from *Schedule A/B*: **11.2** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Wedding Band ($50.00)** **Fitbit ($50.00)** Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **Wedding Set ($300.00)** **Fitbit ($50.00)** **Costume Jewelry ($25.00)** Line from *Schedule A/B*: **12.2** | $375.00 | ■ $375.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **Dogs (3)** Line from *Schedule A/B*: **13.1** | $150.00 | ■ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **CPAP Machine** Line from *Schedule A/B*: **14.1** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(10) |
| **Stethescope ($50.00)** **Blood Pressure Monitor ($25.00)** Line from *Schedule A/B*: **14.2** | $75.00 | ■ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused portion of Cash and Liquid Assets Exemption |
| **Cash** Line from *Schedule A/B*: **16.1** | $5.00 | ■ $5.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Cash** Line from *Schedule A/B*: **16.2** | $5.00 | ■ $5.00  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Checking: Wells Fargo Bank Checking Account #8455 (This account was opened on April 2, 2019.)** Line from *Schedule A/B*: **17.1** | $60.61 | ■ $60.61  ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number (if known) | **19-03963** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Checking: Wells Fargo Bank Checking Account #7124** Line from *Schedule A/B*: **17.2** | $168.54 | ■ $168.54 □ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Savings: Wells Fargo Bank Savings Account #5911** Line from *Schedule A/B*: **17.3** | $5.00 | ■ $5.00 □ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **401(k): Fidelity 401(k)** Line from *Schedule A/B*: **21.1** | $1,200.00 | ■ $1,200.00 □ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| **Term Life Insurance Policy (through employer) Beneficiary: Ada Marie Dailey** Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |
| **Term Life Insurance Policy (through employer) Beneficiary: Raymond Edward Dailey** Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   □ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       □ No

       □ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond Edward Dailey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ada Marie Dailey** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 19-03963 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Carolina Finance** | | $12,490.00 | $11,125.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2016 Dodge Dart 47,354 miles
VIN: 1C3CDFBB8GD660894**

**250 Berryhill Road
Columbia, SC 29210**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

| | **Opened** | | |
|---|---|---|---|
| Date debt was incurred | **11/17** | Last 4 digits of account number | **9500** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | | Case number (if known) | **19-03963** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Ada Marie Dailey** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Flagship Credit Acceptance** | | **$16,310.00** | **$12,175.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2015 Chevrolet Cruze 53,349 miles
> VIN: 1G1PG5SB0F7164802**

**Po Box 1419
Chadds Ford, PA 19317**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

| Date debt was incurred | **Opened 12/18** | Last 4 digits of account number | **1001** |
|---|---|---|---|

---

| 2.3 | **Regional Finance** | | **$7,821.00** | **$500.00** | **$7,821.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Household Items**

**302 Main Street
Conway, SC 29526**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

| Date debt was incurred | **Opened 2/04/19** | Last 4 digits of account number | **6582** |
|---|---|---|---|

---

Debtor 1   **Raymond Edward Dailey**

First Name      Middle Name      Last Name

Debtor 2   **Ada Marie Dailey**

First Name      Middle Name      Last Name

Case number (if known)   **19-03963**

---

| 2.4 | **Security Finance** | Describe the property that secures the claim: | $1,363.39 | $500.00 | $1,363.39 |
|---|---|---|---|---|---|

Creditor's Name

**Central Bankruptcy
PO Box 1893
Spartanburg, SC
29304-1893**

Number, Street, City, State & Zip Code

**Household Items**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **Opened
4/29/19**

Last 4 digits of account number   **0422**

---

| 2.5 | **Southern Finance** | Describe the property that secures the claim: | $668.00 | $500.00 | $668.00 |
|---|---|---|---|---|---|

Creditor's Name

**150 Executive Center
Drive
Greenville, SC 29615**

Number, Street, City, State & Zip Code

**Household Items**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred   **Opened
06/19**

Last 4 digits of account number   **9337**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor 1 | **Raymond Edward Dailey** | | | Case number (if known) | **19-03963** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Ada Marie Dailey** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.6 | **Sunset Finance Co., LLC** | Describe the property that secures the claim: | **$1,395.00** | **$500.00** | **$1,395.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Household Items**

**510 Mountain View Drive Ste 500**
**Seneca, SC 29672-2145**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred **Opened 4/29/19**      Last 4 digits of account number   **7276**

---

| 2.7 | **Sunset Finance Co., LLC** | Describe the property that secures the claim: | **$777.00** | **$500.00** | **$777.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Household Items**

**510 Mountain View Drive Ste 500**
**Seneca, SC 29672-2145**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Non-Purchase Money Security**

Date debt was incurred **Opened 4/12/19**      Last 4 digits of account number   **6675**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$40,824.39** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$40,824.39** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-03963 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number    0901 | **$3,689.48** | **$3,689.48** | **$0.00** |
|---|---|---|---|---|---|
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operations** | When was the debt incurred? _____ | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | | | | |
| | ☐ Debtor 1 only | ☐ Contingent | | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | | | |
| | ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ **Check if this claim is for a  community debt** | ☐ Domestic support obligations | | | |
| | **Is the claim subject to offset?** | ■ Taxes and certain other debts you owe the government | | | |
| | ■ No | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Yes | ☐ Other. Specify _____ | | | |
| | | **2016 Form 1040 Taxes** | | | |

Debtor 1  **Raymond Edward Dailey**

Debtor 2  **Ada Marie Dailey**

Case number (if known)  **19-03963**

| 2.2 | **Meredith Law Firm, LLC** | Last 4 digits of account number | **9076** | **$3,290.00** | **$3,290.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**2411 North Oak Street, Suite 107**

**Myrtle Beach, SC 29577**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**    **July 2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☒ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    **Attorney's Fees**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

| 4.1 | **Account Resolution Services** | Last 4 digits of account number | **1575** | **$953.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 459079**

**Sunrise, FL 33345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**    **Opened 10/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Collection**

---

Debtor 1 **Raymond Edward Dailey**
Debtor 2 **Ada Marie Dailey**

Case number (if known)    **19-03963**

---

| 4.2 | **AFNI** | Last 4 digits of account number | **5633** | $279.00 |

Nonpriority Creditor's Name
**PO Box 3427**
**Bloomington, IL 61702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 05/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| 4.3 | **Atlantic Urology Clinics LLC** | Last 4 digits of account number | | $1,274.99 |

Nonpriority Creditor's Name
**611 Burroughs and Chapin Blvd**
**Suite 105**
**Myrtle Beach, SC 29577-3200**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.4 | **Atlantic Urology Clinics LLC** | Last 4 digits of account number | **0151** | $834.41 |

Nonpriority Creditor's Name
**611 Burroughs and Chapin Blvd**
**Suite 105**
**Myrtle Beach, SC 29577-3200**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number *(if known)*  **19-03963**

---

| 4.5 | **Carolina Title Loan** | Last 4 digits of account number  **6001** | **$800.76** |

Nonpriority Creditor's Name
**612 Church Street**
**Conway, SC 29526**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.6 | **Carolina Title Loans** | Last 4 digits of account number | **$500.00** |

Nonpriority Creditor's Name
**803 John C Calhoun Drive**
**Orangeburg, SC 29115**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.7 | **CCI Contract Callers, Inc.** | Last 4 digits of account number  **8514** | **$1,039.00** |

Nonpriority Creditor's Name
**PO Box 2207**
**Augusta, GA 30903-2207**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**

---

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)   **19-03963**

---

| 4.8 | **Central Credit Services, LLC** | Last 4 digits of account number | **7492** | $258.00 |

Nonpriority Creditor's Name

**9550 Regency Square Blvd., Ste. 500**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?   **Opened 9/09/18**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.9 | **Central Credit Services, LLC** | Last 4 digits of account number | **0861** | $225.00 |

Nonpriority Creditor's Name

**9550 Regency Square Blvd., Ste. 500**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?   **Opened 3/24/19**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.10 | **Central Credit Services, LLC** | Last 4 digits of account number | **3080** | $138.00 |

Nonpriority Creditor's Name

**9550 Regency Square Blvd., Ste. 500**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?   **Opened 4/21/19**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Raymond Edward Dailey**
Debtor 2   **Ada Marie Dailey**

Case number (*if known*)   **19-03963**

---

| 4.1 1 | **Check Into Cash** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2709 Church Street, Suite I**
**Conway, SC 29526**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| 4.1 2 | **Check N Go** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**2686 Church Street, Unit C**
**Conway, SC 29526**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.1 3 | **Commonwealth Financial Systems** | Last 4 digits of account number **13N1** | $1,543.00 |

Nonpriority Creditor's Name
**245 Main St**
**Dickson City, PA 18519**

When was the debt incurred?   **Opened 01/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

Debtor 1 **Raymond Edward Dailey**
Debtor 2 **Ada Marie Dailey**

Case number (if known) **19-03963**

---

| 4.1 4 | **Commonwealth Financial Systems** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**245 Main St**
**Dickson City, PA 18519**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **07N1**       **$62.00**

**When was the debt incurred?**    **Opened 04/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.1 5 | **Credit Central** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2696 Beaver Run Blvd.**
**Myrtle Beach, SC 29575**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**       **$571.88**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 6 | **Credit Collections USA, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**16 Distributor Drive Ste 1**
**Morgantown, WV 26501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **3501**       **$297.00**

**When was the debt incurred?**    **Opened 03/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)  **19-03963**

---

| 4.1 7 | **Credit Management LP** | Last 4 digits of account number | **0850** | **$196.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4200 International Pkwy**
**Carrollton, TX 75007**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened 05/19**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection**

---

| 4.1 8 | **Credit One Bank** | Last 4 digits of account number | **2108** | **$305.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 98873**
**Las Vegas, NV 89193**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened 11/18**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.1 9 | **Douglas, Chacellor, Meyer & Associates** | Last 4 digits of account number | **0021** | **$70.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1000 Fairgrounds Rd**
**Suite 200**
**Saint Charles, MO 63301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened  1/29/19**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

Debtor 1  **Raymond Edward Dailey**

Debtor 2  **Ada Marie Dailey**

Case number (if known)  **19-03963**

---

| 4.20 | **Financial Data Systems** | Last 4 digits of account number | **0269** | **$136.00** |

Nonpriority Creditor's Name

**PO Box 688**

**Wrightsville Beach, NC 28480**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **Opened 05/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical**

---

| 4.21 | **Fingerhut** | Last 4 digits of account number | **7857** | **$311.67** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 1250**

**Saint Cloud, MN 56395**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Charge Account**

---

| 4.22 | **First Premier Bank** | Last 4 digits of account number | **8964** | **$370.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 5524**

**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **Opened 01/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

---

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)  **19-03963**

---

| 4.2 3 | **Genesis Bankcard Services** | Last 4 digits of account number | **3981** | **$347.00** |

Nonpriority Creditor's Name
**PO Box 4477**
**Beaverton, OR 97076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **Opened 02/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 4 | **Healthcare Financial** | Last 4 digits of account number | **2790** | **$750.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3882**
**Charleston, WV 25301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **Opened 05/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**

---

| 4.2 5 | **Healthcare Financial** | Last 4 digits of account number | **5552** | **$478.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3882**
**Charleston, WV 25301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **Opened 08/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**

---

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)  **19-03963**

---

| 4.2 6 | **Ibo Credit Services** | Last 4 digits of account number | **4259** | **$683.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1100 Charles Ave, Ste 200**
**Dunbar, WV 25064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 9/11/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| 4.2 7 | **IC Systems** | Last 4 digits of account number | **2518** | **$77.00** |

Nonpriority Creditor's Name

**PO Box 64378**
**Saint Paul, MN 55164-0378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 12/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| 4.2 8 | **Internal Revenue Service** | Last 4 digits of account number | | **$4,739.12** |

Nonpriority Creditor's Name

**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2015 Form 1040 Taxes**

---

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)    **19-03963**

---

| 4.29 | **LCA** | Last 4 digits of account number | **7700** | $61.18 |

Nonpriority Creditor's Name
**PO Box 2240**
**Burlington, NC 27216**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.30 | **Merchants Adjustment Service, Inc.** | Last 4 digits of account number | **1171** | $600.00 |

Nonpriority Creditor's Name
**PO Box 7511**
**Mobile, AL 36670**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened  9/24/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.31 | **Merchants Adjustment Service, Inc.** | Last 4 digits of account number | **7381** | $500.00 |

Nonpriority Creditor's Name
**PO Box 7511**
**Mobile, AL 36670**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/31/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)    **19-03963**

---

| 4.3 2 | **Merchants Adjustment Service, Inc.** | | Last 4 digits of account number | **3528** | | **$136.00** |

Nonpriority Creditor's Name
**PO Box 7511**
**Mobile, AL 36670**

When was the debt incurred?    **Opened  1/08/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.3 3 | **Navient** | | Last 4 digits of account number | **1228** | | **$17,533.00** |

Nonpriority Creditor's Name
**PO Box 9500**
**Wilkes Barre, PA 18773**

When was the debt incurred?    **Opened 12/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy case.)**

---

| 4.3 4 | **Navient** | | Last 4 digits of account number | **0130** | | **$3,574.00** |

Nonpriority Creditor's Name
**PO Box 9500**
**Wilkes Barre, PA 18773**

When was the debt incurred?    **Opened 01/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy**

---

| Debtor 1 | **Raymond Edward Dailey** | | |
|----------|---------------------------|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

*case.)*

| 4.3 5 | **Navient** | Last 4 digits of account number | **0603** | $3,000.00 |
|-------|-------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**PO Box 9500**
**Wilkes Barre, PA 18773**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 05/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Notice Only-Educational**
**(The debtor understands this debt is**
**non-dischargeable within this bankruptcy**
**case.)**

| 4.3 6 | **OSLA/Dept of Ed** | Last 4 digits of account number | **5724** | $1,532.00 |
|-------|---------------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 18475**
**Oklahoma City, OK 73154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 01/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Notice Only-Educational**
**(The debtor understands this debt is**
**non-dischargeable within this bankruptcy**
**case.)**

Debtor 1  **Raymond Edward Dailey**
Debtor 2  **Ada Marie Dailey**

Case number (if known)    **19-03963**

---

| 4.37 | | |
|---|---|---|

**OSLA/Dept of Ed**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 18475**
**Oklahoma City, OK 73154**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5624**                $875.00

**When was the debt incurred?**    **Opened 01/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Notice Only-Educational**
**(The debtor understands this debt is**
**non-dischargeable within this bankruptcy**
**case.)**

---

| 4.38 | | |
|---|---|---|

**Pathfinder Credit**
Nonpriority Creditor's Name

**11300 4th St**
**Saint Petersburg, FL 33716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7638**                $310.00

**When was the debt incurred?**    **Opened 06/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| 4.39 | | |
|---|---|---|

**Security Credit Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 1156**
**Oxford, MS 38655**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4380**                $2,289.00

**When was the debt incurred?**    **Opened 06/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| Debtor 2 | **Ada Marie Dailey** |

Case number *(if known)* **19-03963**

---

**4.40**

**South Carolina Department of Revenue**

Nonpriority Creditor's Name

**PO Box 12265**
**Columbia, SC 29211**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

**4.41**

**Southern Management**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**Po Box 149966**
**Orlando, FL 32814**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0876**          **$1,600.00**

**When was the debt incurred?**   **Opened 11/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection**

---

**4.42**

**Suncoast Financial Group**

Nonpriority Creditor's Name

**3203 Highway 9E, Unit D**
**Little River, SC 29566**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1518**          **$1,500.00**

**When was the debt incurred?**   **Opened 02/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile Deficiency**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

---

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**BCA Financial Services, Inc.**
**18001 Old Cutler Road, Suite 462**
**Miami, FL 33157-6437**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 6,979.48 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 6,979.48 |

| | | | Total Claim | |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 26,514.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 24,735.01 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 51,249.01 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03963** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease
Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03963** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** <br> _____ <br> Name <br><br> _____ <br> Number          Street <br> City                    State              ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br> _____ <br> Name <br><br> _____ <br> Number          Street <br> City                    State              ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| Debtor 2<br>(Spouse, if filing) | **Ada Marie Dailey** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number<br>(If known) | **19-03963** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | **Carpet Technician** | **ER Technician** |
| | **Employer's name** | **Plantation Resort** | **Conway Medical Center** |
| | **Employer's address** | **1250 US 17 Business<br>Myrtle Beach, SC 29575** | **PO Box 829<br>Conway, SC 29528-0829** |
| | **How long employed there?** | **1 year** | **3 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $    **2,318.55** | $    **2,879.86** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    **0.00** | +$    **0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $    **2,318.55** | $    **2,879.86** |

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| Debtor 2 | **Ada Marie Dailey** |

Case number (*if known*) **19-03963**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 2,318.55 | $ 2,879.86 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 220.94 | $ 410.15 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 235.49 | $ 110.50 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify:    Life Insurance | 5h.+ | $ 2.70 | + $ 0.00 |
| | Health Flex Account | | $ 0.00 | $ 108.33 |
| | Life Insurance | | $ 0.00 | $ 1.08 |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 459.13 | $ 630.06 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 1,859.42 | $ 2,249.80 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify:   Contribution from son | 8h.+ | $ 320.00 | + $ 0.00 |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 320.00 | $ 0.00 |
| 10. | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,179.42 + $ 2,249.80 | = $ 4,429.22 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                                    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                    12.  $ 4,429.22

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:   **The debtors do not anticipate an increase or decrease in their income of 10% or more at this time.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| Debtor 2 (Spouse, if filing) | **Ada Marie Dailey** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **19-03963** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 12 | ☐ No  ■ Yes |
   | Daughter | 17 | ☐ No  ■ Yes |
   | Son (in school) | 19 | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ 1,020.00

   If not included in line 4:

   | | | |
   |---|---|---|
   | 4a. | Real estate taxes | 4a. $ 0.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans      5. $ 0.00

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number (if known) | **19-03963** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 250.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 220.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | 10. | $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 400.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes** | 16. | $ | 50.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Hair Cuts** | 21. | +$ | 160.00 |
| | **Pet Expenses** | | +$ | 100.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,620.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,620.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,429.22 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 3,620.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 809.22 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.     Explain here: **Car insurance is high due to an automobile accident that cause extensive damage. The debtors do not anticipate an increase or decrease in their expenditures of 10% or more at this time.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03963** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Raymond Edward Dailey**              X **/s/ Ada Marie Dailey**
  **Raymond Edward Dailey**                     **Ada Marie Dailey**
  Signature of Debtor 1                          Signature of Debtor 2

  Date **August 20, 2019**                       Date **August 20, 2019**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raymond Edward Dailey** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Ada Marie Dailey** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **19-03963** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $15,446.69 | ■ Wages, commissions, bonuses, tips | $20,051.47 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Raymond Edward Dailey**
Debtor 2   **Ada Marie Dailey**                                                    Case number (*if known*)   **19-03963**

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $46,698.38 | ■ Wages, commissions, bonuses, tips | $7,764.62 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $33,061.91 | ■ Wages, commissions, bonuses, tips | $18,672.26 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   **No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Raymond Edward Dailey** | | | |
|---|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | | Case number *(if known)* | **19-03963** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | **2018 Federal Tax Refund**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **April 2019** | **$1,738.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Bertha Harrison**<br>**125 Sable Point Drive**<br>**Hurricane, WV 25526** | **Mr. and Mrs. Dailey gifted $200.00 per month to Mrs. Dailey's mother to help pay for her monthly utilities.** | **throughout the past year** | **$2,400.00** |
| Person's relationship to you: **Mother** | | | |

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Meredith Law Firm, LLC**<br>**2411 North Oak Street, Suite 107**<br>**Myrtle Beach, SC 29577** | **Filing Fee $310.00**<br>**Attorney's Fee $410.00**<br>**Credit Report $80.00** | **July 2019** | **$800.00** |
| **CC Advising, Inc.**<br>**703 Washington Avenue**<br>**Bay City, MI 48708-5732** | **Credit Counseling $19.52** | **July 2019** | **$19.52** |

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Hurricane Tax**<br>**695 Vermont Avenue, Suite 1100**<br>**Los Angeles, CA 90005** | **Mr. and Mrs. Dailey paid $250.00 to Hurricane Tax to help them with their tax debt.** | | **$250.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** |
|----------|---------------------------|
| Debtor 2 | **Ada Marie Dailey** |

Case number *(if known)*   **19-03963**

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**   **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

   ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

   ☐ **A partner in a partnership**

   ☐ **An officer, director, or managing executive of a corporation**

   ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

---

| Debtor 1 | **Raymond Edward Dailey** | | |
| Debtor 2 | **Ada Marie Dailey** | Case number *(if known)* | **19-03963** |

■ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Raymond Edward Dailey** | **/s/ Ada Marie Dailey** |
|---|---|
| **Raymond Edward Dailey** | **Ada Marie Dailey** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **August 20, 2019** | Date    **August 20, 2019** |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1  **Raymond Edward Dailey**

Debtor 2  **Ada Marie Dailey**
(Spouse, if filing)

United States Bankruptcy Court for the:  District of South Carolina

Case number  **19-03963**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $  2,318.55 | $  2,879.86 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $  0.00 | $  0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | | $  0.00 | $  0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm $ | 0.00 | Copy here -> $  0.00 | $  0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property $ | 0.00 | Copy here -> $  0.00 | $  0.00 |

| Debtor 1 | **Raymond Edward Dailey** | | | |
| Debtor 2 | **Ada Marie Dailey** | | Case number (*if known*) | **19-03963** |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| | For you | $ 0.00 | |
| | For your spouse | $ 0.00 | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **2,318.55** + $ **2,879.86** = $ **5,198.41**

Total average
monthly income

**Part 2:**     Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** ............................................     $ **5,198.41**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

■ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
| | $ |
| | + $ |

Total     $ **0.00**     Copy here=>     - **0.00**

14. **Your current monthly income.** Subtract line 13 from line 12.     $ **5,198.41**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a.    Copy line 14 here=> .....................................................     $ **5,198.41**

Multiply line 15a by 12 (the number of months in a year).     x **12**

15b.    The result is your current monthly income for the year for this part of the form. ..........................................     $ **62,380.92**

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number (*if known*) | **19-03963** |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **SC**

16b. Fill in the number of people in your household. **5**

16c. Fill in the median family income for your state and size of household. $ **86,494.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11** . $ **5,198.41**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ **0.00**

19b. **Subtract line 19a from line 18.** $ **5,198.41**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b $ **5,198.41**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form. $ **62,380.92**

20c. Copy the median family income for your state and size of household from line 16c $ **86,494.00**

21. **How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Raymond Edward Dailey**    X **/s/ Ada Marie Dailey**
**Raymond Edward Dailey**    **Ada Marie Dailey**
Signature of Debtor 1    Signature of Debtor 2

Date **August 20, 2019**    Date **August 20, 2019**
MM / DD / YYYY    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | **Raymond Edward Dailey** |
|---|---|
| Debtor 2 | **Ada Marie Dailey** |

Case number (*if known*)   **19-03963**

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period **01/01/2019** to **06/30/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**

Source of Income: **Plantation Resort of Myrtle Beach**

Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2019** | **$2,622.97** |
| 5 Months Ago: | **02/2019** | **$1,976.38** |
| 4 Months Ago: | **03/2019** | **$2,614.78** |
| 3 Months Ago: | **04/2019** | **$2,098.46** |
| 2 Months Ago: | **05/2019** | **$2,732.80** |
| Last Month: | **06/2019** | **$1,865.92** |
| | Average per month: | **$2,318.55** |

Remarks:

**Mr. Dailey received extra pay periods in March and May 2019.**

Official Form 122C-1      **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**      **page 4**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Raymond Edward Dailey** | | |
|---|---|---|---|
| Debtor 2 | **Ada Marie Dailey** | Case number (*if known*) | **19-03963** |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **01/01/2019** to **06/30/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Conway Medical Center**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2019** | **$2,039.24** |
| 5 Months Ago: | **02/2019** | **$2,191.01** |
| 4 Months Ago: | **03/2019** | **$3,018.50** |
| 3 Months Ago: | **04/2019** | **$2,686.19** |
| 2 Months Ago: | **05/2019** | **$4,619.02** |
| Last Month: | **06/2019** | **$2,725.18** |
| | Average per month: | **$2,879.86** |

Remarks:
**Mrs. Dailey received an extra pay period in May 2019.**

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **Raymond Edward Dailey**
**Ada Marie Dailey**

Case No. **19-03963**

Debtor(s)

Chapter **13**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:  **August 20, 2019**

**/s/ Raymond Edward Dailey**
**Raymond Edward Dailey**
Signature of Debtor

Date:  **August 20, 2019**

**/s/ Ada Marie Dailey**
**Ada Marie Dailey**
Signature of Debtor

Date:  **August 20, 2019**

**/s/ Elizabeth R. Heilig**
Signature of Attorney
**Elizabeth R. Heilig 10704**
**Meredith Law Firm, LLC**
**4000 Faber Place Drive, Suite 120**
**North Charleston, SC 29405**
**843-445-6300   Fax: 843*445*6304**
Typed/Printed Name/Address/Telephone

**10704 SC**
District Court I.D. Number

ACCOUNT RESOLUTION SERVICES
PO BOX 459079
SUNRISE FL 33345


AFNI
PO BOX 3427
BLOOMINGTON IL 61702


ATLANTIC UROLOGY CLINICS LLC
611 BURROUGHS AND CHAPIN BLVD
SUITE 105
MYRTLE BEACH SC 29577-3200


BCA FINANCIAL SERVICES, INC.
18001 OLD CUTLER ROAD, SUITE 462
MIAMI FL 33157-6437


CAROLINA FINANCE
250 BERRYHILL ROAD
COLUMBIA SC 29210


CAROLINA TITLE LOAN
612 CHURCH STREET
CONWAY SC 29526


CAROLINA TITLE LOANS
803 JOHN C CALHOUN DRIVE
ORANGEBURG SC 29115


CCI CONTRACT CALLERS, INC.
PO BOX 2207
AUGUSTA GA 30903-2207


CENTRAL CREDIT SERVICES, LLC
9550 REGENCY SQUARE BLVD., STE. 500
JACKSONVILLE FL 32225


CHECK INTO CASH
2709 CHURCH STREET, SUITE I
CONWAY SC 29526


CHECK N GO
2686 CHURCH STREET, UNIT C
CONWAY SC 29526

COMMONWEALTH FINANCIAL SYSTEMS
245 MAIN ST
DICKSON CITY PA 18519


CREDIT CENTRAL
2696 BEAVER RUN BLVD.
MYRTLE BEACH SC 29575


CREDIT COLLECTIONS USA, LLC
ATTN: BANKRUPTCY
16 DISTRIBUTOR DRIVE STE 1
MORGANTOWN WV 26501


CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON TX 75007


CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193


DOUGLAS, CHACELLOR, MEYER & ASSOCIATES
1000 FAIRGROUNDS RD
SUITE 200
SAINT CHARLES MO 63301


FINANCIAL DATA SYSTEMS
PO BOX 688
WRIGHTSVILLE BEACH NC 28480


FINGERHUT
ATTN: BANKRUPTCY
PO BOX 1250
SAINT CLOUD MN 56395


FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117


FLAGSHIP CREDIT ACCEPTANCE
PO BOX 1419
CHADDS FORD PA 19317

GENESIS BANKCARD SERVICES
PO BOX 4477
BEAVERTON OR 97076


HEALTHCARE FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3882
CHARLESTON WV 25301


IBO CREDIT SERVICES
ATTN: BANKRUPTCY
1100 CHARLES AVE, STE 200
DUNBAR WV 25064


IC SYSTEMS
PO BOX 64378
SAINT PAUL MN 55164-0378


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


LCA
PO BOX 2240
BURLINGTON NC 27216


MERCHANTS ADJUSTMENT SERVICE, INC.
PO BOX 7511
MOBILE AL 36670


NAVIENT
PO BOX 9500
WILKES BARRE PA 18773


OSLA/DEPT OF ED
ATTN: BANKRUPTCY
PO BOX 18475
OKLAHOMA CITY OK 73154


PATHFINDER CREDIT
11300 4TH ST
SAINT PETERSBURG FL 33716

REGIONAL FINANCE
302 MAIN STREET
CONWAY SC 29526


SECURITY CREDIT SERVICES
ATTN: BANKRUPTCY
PO BOX 1156
OXFORD MS 38655


SECURITY FINANCE
CENTRAL BANKRUPTCY
PO BOX 1893
SPARTANBURG SC 29304-1893


SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SOUTHERN FINANCE
150 EXECUTIVE CENTER DRIVE
GREENVILLE SC 29615


SOUTHERN MANAGEMENT
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 149966
ORLANDO FL 32814


SUNCOAST FINANCIAL GROUP
3203 HIGHWAY 9E, UNIT D
LITTLE RIVER SC 29566


SUNSET FINANCE CO., LLC
510 MOUNTAIN VIEW DRIVE
STE 500
SENECA SC 29672-2145